IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERICA D. MARTINEZ, Plaintiff | § § § |
| VS. | § § CASE NO. 18-CV-86-TCK-JFJ § |
| BOTTLING GROUP, LLC Defendant | § § § |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE, the parties to the above-entitled action hereby stipulate, and the Court orders, that all claims in the above matter are dismissed with prejudice, with all parties to bear their respective costs and attorneys' fees.

Respectfully submitted,

By: */s/ Timothy S. Kittle*
David Royce Keesling
**DUNLAP BENNETT & LUDWIG**
OBA No.17881
6660 S SHERIDAN RD STE 250
TULSA, OK 74133-1766
918-998-9350
Fax: 918-998-9360
Email: dkeesling@dbllawyers.com

Timothy Scott Kittle
**DUNLAP BENNETT & LUDWIG**
OBA No. 21979
6660 S SHERIDAN RD STE 250
TULSA, OK 74133-1766
918-998-9350
Fax: 918-998-9360
Email: tkittle@dbllawyers.com

**ATTORNEYS FOR PLAINTIFF,
ERICA D. MARTINEZ**

By: */s/ Randall J. Snapp*
**Randall J. Snapp**
**CROWE & DUNLEVY**
OBA No. 11169
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma 74103
Telephone: (918) 592-9855
Facsimile: (918) 599-6335
Email: randall.snapp@crowedunlevy.com

*/s/ Raymond A. Cowley*
**Raymond A. Cowley**
(Admitted *Pro Hac Vice*)
**DYKEMA GOSSETT PLLC**
SBN No. 9642
Texas State Bar No.: 04932400
1400 North McColl, Suite 204
McAllen, Texas 78501
Telephone: (956) 984-7400
Facsimile: (956) 984-7499
Email: RCowley@dykema.com

**ATTORNEYS FOR DEFENDANT,
BOTTLING GROUP, LLC**

1

Error! Unknown document property name.